IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
APR 1 6 2018
Clerk, U.S. Courts
District Of Montana
Missoula Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 10–17–M–DWM–2 |
| Plaintiff, | |
| vs. | ORDER |
| ROBERT MAURER, | |
| Defendant. | |

Defendant Robert Maurer's Motion for Early Termination of Supervised Release is now before the Court. (Doc. 57.) Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's arguments, the Court is satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1).

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 57) is GRANTED. As of the date of this Order, Defendant's supervision is terminated.

Dated this 16th day of April, 2018.

Donald W. Molloy, District Judge
United States District Court